# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-00402-WYD-MJW          FTR - Courtroom A-502

**Date:**  April 05, 2012                          Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| MALIBU MEDIA, LLC, | Jason A. Kotzker |
| Plaintiff(s), | |
| v. | |
| JOHN DOES 1-30, | - - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    STATUS   CONFERENCE
**Court in Session:**    9:15 a.m.
Court calls case.  Appearance of counsel.

Status of the case is discussed.

It is noted on March 26, 2012,  "John Doe No. 8" filed a Motion to Quash or Modify Subpoena [Docket No. 12, 2011].
It is further noted "John Doe No. 8"  was voluntarily dismissed without prejudice  by Plaintiff on April 04, 2012 [Docket No. 16].  Therefore,

**It is ORDERED:**          "John Doe No. 8"'s MOTION TO QUASH OR MODIFY SUBPOENA
                            [Docket No. **12**, filed March 26, 2012] is **DENIED  AS  MOOT.**

Plaintiff notes the other three defendants that were voluntarily dismissed in Docket No. 16 have been identified and a new case (12-cv-00886-MSK)  has been filed against these three named defendants

**It is ORDERED:**          A  **STATUS  CONFERENCE**  is set  **MAY 16, 2012  at  10:00  a.m.**
                            in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
                            901 19th Street, Denver, Colorado 80294.

HEARING CONCLUDES.     **Court in recess:**  9:19 a.m. Total In-Court Time:  00:04