IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00402-WYD-MJW

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-30,

    Defendants.

---

**ORDER**

---

Pursuant to the Notices of Voluntary Dismissal of Parties filed by Plaintiff (ECF Nos. 14, 15 and 16), it is

ORDERED that Defendant John Does 9, 17, and 20 are **DISMISSED WITH PREJUDICE**.  Defendants John Does 8, 23, 24, 25, and 29 are **DISMISSED WITHOUT PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:  April 5, 2012

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge