**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-30,<br><br>      Defendants. | Civil Action No. 1:12-cv-00402-WYD-MEH |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF DOE 4 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 24.8.18.52. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                 Respectfully submitted,

                 By: /s/*Jason Kotzker*
                 Jason Kotzker
                 jason@klgip.com
                 KOTZKER LAW GROUP
                 9609 South University Boulevard
                 #632134
                 Highlands Ranch, CO 80163
                 Phone: 303-875-5386
                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker