IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00402-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-7, 10-16, 18-19, 21-22, 26-28, and 30,

    Defendants.

## ORDER

Pursuant to the Notices of Voluntary Dismissal of Parties filed by Plaintiff (ECF Nos. 22, 23 and 24), it is

ORDERED that Defendant John Does 4 and 22 are **DISMISSED WITH PREJUDICE**.  Defendant John Doe 18 is **DISMISSED WITHOUT PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:  April 18, 2012

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge