IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00402-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-3, 5-7, 10-16, 19, 21, 26-28, and 30,

      Defendants.

## ORDER

Pursuant to Plaintiff's Notices of Settlement and Voluntary Dismissal of certain parties (ECF Nos. 26, 27 and 28), it is

ORDERED that Defendant John Doe 1 is **DISMISSED WITH PREJUDICE**.

Defendant John Does 13, 2, 12, 21, 26, 27 and 30 are **DISMISSED WITHOUT PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:   April 30, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge