IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00402-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 3, 5-7, 10, 11, 14-16, 19, and 28,

    Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on a review of the various filings in this case. Having carefully reviewed the filings and being fully advised in the premises, it is

ORDERED that Defendant John Doe 3 is **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 3 Only filed May 30, 2012 (ECF No. 32).  It is

FURTHER ORDERED that Defendant John Doe 18, who was previously dismissed without prejudice by Order of April 18, 2012, is now **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 18 filed July 5, 2012 (ECF No. 35).  It is

FURTHER ORDERED that Defendant John Doe 5 is **DISMISSED WITH PREJUDICE** pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 5 filed August 8, 2012 (ECF No. 38).  It is

FURTHER ORDERED that all remaining John Doe Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice of all Remaining John Doe Defendants filed June 14, 2012 (ECF No. 34). Finally, it is

ORDERED that since all John Doe Defendants have now been dismissed, this case is **DISMISSED WITHOUT PREJUDICE**.  Although Plaintiff asserted in its Notice of Voluntary Dismissal Without Prejudice of all Remaining John Doe Defendants that it will re-file and serve against each Doe Defendant it deems appropriate, it has failed to do so and I find that dismissal is appropriate at this time.

Dated:  October 2, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge